# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICO LAMONT BIAS, # 54904-037, <br><br> Petitioner, <br><br> vs. <br><br> U.S.A., <br><br> Respondent. | Case No. 20-cv-014-SMY |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, for consideration of the Habeas Corpus Petition (Doc. 1), filed pursuant to 28 U.S.C. § 2241. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court, the Petition is **DENIED**. This action is **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner.

**DATED**: March 30, 2020

MARGARET M. ROBERTIE, CLERK of COURT

By: s/ Tanya Kelley
**Deputy Clerk**

APPROVED: *s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**